```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                      Case No. 14-15781-amc
Denise Russell                                              Chapter 13
Steven Russell
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: Virginia              Page 1 of 2                  Date Rcvd: Aug 25, 2016
                              Form ID: pdf900             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2016.
db/jdb         +Denise Russell,   Steven Russell,    9 Florence Avenue,    Lansdowne, PA 19050-1604
13354407        Cardiology Consultants,    207 North Broad Street, 3rd Floor,     Philadelphia, PA 19107-1500
13354408       +Central Credit/Penn Cr,    Attn:Bankruptcy,    PO Box 988,    Harrisburg, PA 17108-0988
13354410       +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13354409       +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102,
                 ccpc@ccpclaw.com 19102-3518
13354413       +Comenity Bank/New York & Company,    Attention: Bankruptcy,    P.O. Box 182686,
                 Columbus, OH 43218-2686
13351464       +Credit Acceptance,   25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13354414      #+Credit Solutions Corp,    5454 Ruffin Rd Suite 200,    San Diego, CA 92123-1313
13354415       +Delaware County Memorial Hospital,    501 N LansdownweAve,    Drexel Hill, Pa 19026-1191
13354416       +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
13354417       +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13354418        Express Scripts,   P.O. Box 790227,    Saint Louis, MO 63179-0227
13354425      #+NCO Financial,   PO Box15740,    Wilmington, DE 19850-5740
13354426        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13354427       +Pinnacle Recovery, Inc.,    P.O. Box 130848,    Carlsbad, CA 92013-0848
13354429       +Pulmonary Assoc.,   2100 Keystone Ave.,    Suite 309,    Drexel Hill, PA 19026-1127
13354433       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 26 2016 01:43:10      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,     1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 26 2016 01:43:08      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2016 01:43:42      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13400622       +E-mail/Text: EBNProcessing@afni.com Aug 26 2016 01:43:05      Afni, Inc,    PO Box 3667,
                 Bloomington, IL 61702-3667
13354406       +E-mail/Text: EBNProcessing@afni.com Aug 26 2016 01:43:05      Afni, Inc.,    Attn: Bankruptcy,
                 PO Box 3097,   Bloomington, IL 61702-3097
13354411       +E-mail/Text: bankruptcy@phila.gov Aug 26 2016 01:43:09      City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,     Philadelphia, PA 19102-1611
13354412       +E-mail/Text: bankruptcy@phila.gov Aug 26 2016 01:43:10      City of Philadelphia,
                 Bankruptcy Unit,   15th Floor,   1515 Arch Street,    Philadephai, PA 19102-1504
13353376       +E-mail/Text: cio.bncmail@irs.gov Aug 26 2016 01:42:50      Department of the Treasury,
                 Internal Revenue Service,   POBox 7346,    Philadelphia, Pa 19101-7346
13424162        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 26 2016 01:43:07      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
13370022        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 26 2016 01:43:37
                 LVNV Funding, LLC its successors and assigns as,     assignee of NCOP Capital III, LLC,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
13354423       +E-mail/Text: camanagement@mtb.com Aug 26 2016 01:42:52      M and T Mortgage,    PO Box 767,
                 Buffalo, NY 14240-0767
13354422        E-mail/Text: camanagement@mtb.com Aug 26 2016 01:42:52      M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,   Williamsville, NY 14221
13370582        E-mail/Text: camanagement@mtb.com Aug 26 2016 01:42:52      M&T Bank,    Attn: Bev Inglalsbe,
                 1100 Wehrle Drive,   Williamsville, NY 1422
13354424       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 26 2016 01:43:03      Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13439498        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 26 2016 01:43:36
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13368817       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2016 01:42:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13354428       +E-mail/Text: slafortune@platinumholdingsllc.com Aug 26 2016 01:43:06
                 Premium Asset Services, LLC,   2414 S. Fairview Street, Suite 210,     Santa Ana, CA 92704-5318
13384134        E-mail/Text: bnc-quantum@quantum3group.com Aug 26 2016 01:42:52
                 Quantum3 Group LLC as agent for,   Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13354430       +E-mail/PDF: cbp@springleaf.com Aug 26 2016 01:43:36
                 Springleaf Financial Servs of Indiana, Inc.,    American General Financial Services, Inc,
                 Po Box 3251,   Evansville, IN 47731-3251
13354431       +E-mail/Text: REV_Bankruptcy_General@state.de.us Aug 26 2016 01:43:04      State of Delaware,
                 Division of Revenue,   Department of Finance,    PO Box 8763,    Wilmington, DE 19899-8763
13354432       +E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2016 01:43:29      Syncb/lord & Tay,    Po Box 965015,
                 Orlando, FL 32896-5015
13355634        E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2016 01:43:28      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 22
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Aug 25, 2016
                              Form ID: pdf900             Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13354419          First Premier Bank
smg*              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA 17128-0946
13354420*         I.R.S.,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13354421*         I.R.S.,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                             TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Plaintiff Denise   Russell ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Steven   Russell ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Denise   Russell ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Creditor    M&T BANK ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Denise   Russell ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Steven   Russell ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 11
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Denise Russell            Chapter 13
Steven Russell

            Debtor        Bankruptcy No. 14-15781-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

AND NOW, this _____ day of _____, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
Denise Russell
Steven Russell
9 Florence Avenue

Lansdowne, PA 19050